FILED
 2018 Jun-18  PM 04:38
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# Exhibit D

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY ALABAMA
## BIRMINGHAM DIVISION

| | |
|---|---|
| **EMERSON HAMILTON, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) Case No.: 01-CV-2018-900431 |
| **JUDICIAL CORRECTIONS** | ) |
| **SERVICES, LLC, et al.** | ) |
| **Defendants.** | ) |

### NOTICE OF FILING NOTICE OF REMOVAL

Defendant Susan Fuqua, with the consent of Defendants Judicial Corrections Services, LLC, CHC Companies, LLC, and Correct Care Solutions, LLC, timely filed in the United States District Court for the Northern District of Alabama (Southern Division Division) a Notice of Removal of the above-entitled action to the United States District Court for the Northern District of Alabama (Southern Division), from the Circuit Court of Jefferson County, Alabama, pursuant to 28 U.S.C. §§ 1331, 1441(a-b) and 1446. A copy of the Notice of Removal is attached hereto as <u>Exhibit A</u>.

Respectfully submitted the 18th day of June, 2018.

*Will Hill Tankersley*
One of the Attorneys for Susan Fuqua

**OF COUNSEL:**
Will Hill Tankersley
Gregory C. Cook
L. Conrad Anderson IV
Ginny Willcox Leavens
Chase T. Espy
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL  35203
Email: wht@balch.com
         gcook@balch.com
         canderson@balch.com
         gwillcox@balch.com
         cespy@balch.com

*Attorneys for Susan Fuqua*

1412297.1

## CERTIFICATE OF SERVICE

I hereby certify that, on this 18th day of June, 2018, I electronically filed the foregoing with the Clerk of the Court using the AlaFile System, which will electronically notify the following counsel of record:

<i>Will Hill Tankersley</i><br>
Of Counsel

Lloyd W. Gathings
Will Lattimore
**Gathings Law**
2204 Lakeshore Drive, Suite 406
Birmingham, Alabama 35209
Telephone: (205) 322-1201
Facsimile: (205) 322-1202
*Attorneys for Plaintiffs*

Michael L. Jackson
Larry S. Logsdon
**Wallace, Jordan, Ratliff, & Brandt, LLC**
P.O. Box 530910
Birmingham, Alabama 35253
*Attorneys for Judicial Corrections Services, LLC*

Wilson F. Green
**Fleenor & Green LLP**
1657 McFarland Blvd. N.. Ste. G2A
Tuscaloosa, Alabama 35406
(205) 722-1018
*Attorney for Judicial Corrections Services, LLC*

F. Lane Finch, Jr.
Brian C. Richardson
**Swift, Currie, McGhee & Hiers, LLP**
2 North 20th Street, Suite 1405
Birmingham, Alabama 35203
Telephone: (205) 314-2401
Facsimile: (205) 244-1373
Lane.finch@swiftcurrie.com
Brian.richardson@swiftcurrie.com
*Attorneys for Defendants CHC Companies, LLC
and Correct Care Solutions, LLC*