# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **EMERSON HAMILTON, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 2:18-cv-00933-SGC |
| | ) |
| **JUDICIAL CORRECTIONAL** | ) |
| **SERVICES, LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

Comes now Joel E. Dillard of the law firm of Baxley, Dillard, McKnight, James & McElroy, and hereby enters his appearance as co-counsel on behalf of Defendant Susan Fuqua in the above-styled matter.

Respectfully submitted,

s/ Joel E. Dillard
Joel E. Dillard (ASB-5418-R62J)
*jdillard@baxleydillard.com*

OF COUNSEL:

BAXLEY, DILLARD, MCKNIGHT, JAMES & MCELROY
2700 Highway 280, Suite 110 East
Birmingham, Alabama 35223
Phone: (205) 271-1100
Fax: (205) 271-1108

## CERTIFICATE OF SERVICE

    I hereby certify that on June 21, 2018, I electronically filed a copy of the foregoing with the Court's CM/ECF filing system which will send notification of such filing to all counsel of record.

                                        s/ Joel E. Dillard
                                        OF COUNSEL