IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMERSON HAMILTON et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JUDICIAL CORRECTION SERVICES, LLC )<br>et al., )<br>)<br>Defendants. ) | Case No. 2:18-CV-933-RDP |

## Joint Report Regarding Mediation

In accordance with the Court's Amended Scheduling Order (Doc. 92), JCS and the Plaintiffs report that they are currently engaged in settlement discussions to settle the claims of the Plaintiffs in this case and, along with counsel for Plaintiffs in the *Ray*, *Woods*, and *Hall* cases before this Court and the *Carter* case in the Middle District of Alabama, to settle the individual claims of the plaintiffs in those case and clients of plaintiffs' counsel in *Ray*, *Woods*, *Hall*, and *Carter* (The Evans Law Firm) who have not filed an action. Counsel for the parties in this case and the other cases mentioned are working with Judge Ott as a mediator and have worked with mediator Phil Adams. The parties believe that no additional mediation order is necessary.

Respectfully submitted,

**Attorneys for JCS**

*s/ Larry S. Logsdon*
Larry S. Logsdon
llogsdon@wallacejordan.com

Michael L. Jackson
mjackson@wallacejordan.com

Wesley K. Winborn
wwinborn@wallacejordan.com

Of Counsel:
Wallace, Jordan, Ratliff & Brandt, L.L.C.
P.O. Box 530910
Birmingham, Alabama 35253
(205) 870-0555

          Wilson F. Green
          wgreen@fleenorgreen.com

Of Counsel:
Fleenor & Green LLP
1657 McFarland Blvd. N., Ste. G2A
Tuscaloosa, Alabama 35406
 (205) 722-1018


          **Attorneys for Plaintiffs**

          */s/ Virginia Applebaum*
          Lloyd W. Gathings
          Honora M. Gathings
          Virginia Applebaum

Of Counsel:
Gathings Law
2140 11th Avenue South
Birmingham, Alabama 35205
(205) 322-1201
lgathings@gathingslaw.com
hgathings@gathingslaw.com
vapplebaum@gathingslaw.com