FILED
2020 Sep-29  AM 11:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED

2020 SEP 29  A 11: 43

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| EMERSON HAMILTON et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:18-CV-933-RDP |
| | ) | |
| JUDICIAL CORRECTION SERVICES, LLC et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Judicial Correction Services, LLC, the sole remaining Defendant, hereby stipulate to a dismissal of this action with prejudice, each party to bear own costs.

This the 29th day of September, 2020.

Lloyd Gathings
Honora Gathings
Virginia Applebaum
Gathings Law
2140 11th Ave. S.
Suite 210
Birmingham, AL 35205
*Attorneys for Plaintiffs*

Wilson F. Green
Fleenor & Green LLP
P.O. Box 2536
Tuscaloosa, Alabama 35403
(205) 722-1018
wilson@wilsongreenlaw.com
Larry S. Logsdon
Michael L. Jackson

Wallace, Jordan, Ratliff,
& Brandt, LLC
P.O. Box 530910
Birmingham, AL 35253
(205) 870-0555
llogsdon@wallacejordan.com
mjackson@wallacejordan.com
*Attorneys for Judicial Correction Services*

## Certificate of Service

I certify that on September 29, 2020, I served a copy of the foregoing on all counsel by the Court's CM/ECF electronic-filing system.

*s/ Wilson F. Green*
Of Counsel